IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN ALEXANDER, et al.,

    Plaintiffs,

  v.

WINN & SIMS, et al.,

    Defendants
_____/

No. C-06-4382 MMC

**ORDER GRANTING APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Before the Court is plaintiffs' application, filed September 29, 2006, to continue the case management conference from October 27, 2006 to January 5, 2007, for the reason that plaintiffs had, on September 29, 2006, filed a motion for entry of default as to defendant Winn & Sims.  On October 18, 2006, however, plaintiffs filed a notice to withdraw the motion for entry of default.

    Good cause exists to continue the case management conference, however, in light of plaintiffs' having filed, on October 10, 2006, a First Amended Complaint, and naming therein an additional defendant, Capitol One, which has not yet been served.

    Accordingly, the case management conference is hereby CONTINUED from October 27, 2006 to January 5, 2007.  A joint case management statement shall be filed no later than December 29, 2006.

    **IT IS SO ORDERED.**

Dated: October 19, 2006

                                  MAXINE M. CHESNEY
                                  United States District Judge