IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN ALEXANDER, et al., | No. C 06-4382 MMC |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANTS WINN & SIMS AND BRIAN WINN** |
| v. | |
| WINN & SIMS, et al., | |
| Defendants / | |

Plaintiffs having advised the Court that they have reached a settlement with defendants Winn & Sims and Brian Winn,

IT IS HEREBY ORDERED that plaintiffs' claims against Winn & Sims and Brian Winn are dismissed without prejudice, provided, however, that if any of said parties certifies to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

**IT IS SO ORDERED.**

Dated: December 18, 2006

MAXINE M. CHESNEY
United States District Judge