Eric F. Fagan, #87071
Efagan@efaganlaw.com
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
Phone 619-656-6656
efagan@efaganlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN ALEXANDER and CATHERINE ALEXANDER )<br>)<br>)<br>Plaintiffs )<br>v. )<br>)<br>WINN & SIMS, a professional corporation; )<br>BRIAN WINN, an individual; CAPITAL )<br>ONE, a corporation; and DOES 1 through 10 )<br>inclusive, )<br>)<br>Defendants )<br>)<br>)<br>_____ ) | Civil Case No.: C06-04382 MMC<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT DATES** |

Plaintiff hereby applies to this court *ex parte* to continue the Case Management Dates in the above-entitled case. The complaint in this action was filed on July 18, 2006 against Defendants WINN & SIMS and BRIAN WINN. On October 10, 2006, an amended complaint was filed and added CAPITAL ONE as a defendant.

The claims against Defendants WINN & SIMS and BRIAN WINN have been settled. An amended summons was issued for Defendant CAPITAL ONE. The amended summons was served today on CAPITAL ONE. Attached as Exhibit 1 is a record of the attempts to serve CAPITAL ONE earlier.

1
Plaintiff's *ex parte* application to continue Case Management Dates

1  However, Defendant CAPITAL ONE is yet to answer.
2       Thus, it would be premature to conduct a Case Management Conference before the only existing
3  Defendant has appeared.
4       Plaintiff, therefore, requests that the Case Management Dates be continued approximately two
5  months. Plaintiff requests the following dates:
6
7       **May 11, 2007** – last day to meet and confer re: initial disclosures, early settlement, ADR process
8       selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either
9       stipulation to ADR Process or Notice of Need for ADR Phone conference
10      **May 25, 2007** – last day to complete initial disclosures or state objection in Rule 26(f) Report,
11      file Case Management Statement, and file Rule 26(f) Report
12      **June 8, 2007** – Initial Case Management Conference (CMC) in Courtroom 7, 19th Floor at
13      10:30 a.m.
14
15  Dated 3/6/2007
16
17                              _____
18                              Eric F. Fagan, Attorney for Plaintiff
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Dates in the above-entitled case be continued to the following days and times:

**May 11, 2007** – last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either stipulation to ADR Process or Notice of Need for ADR Phone conference

**May 25, 2007** – last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report

**June 8, 2007** – Initial Case Management Conference (CMC) in Courtroom 7, 19th Floor at 10:30 a.m.

Dated 3/6/2007

_____
UNITED STATES DISTRICT JUDGE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ERIC F. FAGAN<br>2220 OTAY LAKES ROAD   CHULA VISTA, CA 91915<br>TELEPHONE NO.: (619) 656-6656    FAX NO.: (775) 703-7661<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

USDC - CENTRAL DISTRICT LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET, #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793
BRANCH NAME: CENTRAL DISTRICT LOS ANGELES

PLAINTIFF/PETITIONER: ALEXANDER
DEFENDANT/RESPONDENT: WINN AND SIMS, ET AL

| NON SERVICE REPORT | CASE NUMBER:<br>C06-04382 MMC |
|---|---|

I received the within process on December 8, 2006 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   CAPITAL ONE FINANCIAL, LLC
    Documents:   Summons;Complaint;

As enumerated below:

    12/11/2006 -- 02:30 pm              8306 WILSHIRE BLVD.
                                         BEVERLY HILLS, CA 90211
        8306 WILSHIRE BLVD. IS A MAIL BOX DEPOT. OUT FOR SERVICE AT 1528 E. CYRENE DR, CARSON CA..

    01/18/2007 -- 03:34 pm              1528 E. CYRENE DR.
                                         CARSON, CA 90746
        LARGE HOUSE WITH LOTS OF CARS. NO ANSWER AT THE DOOR. SERVER HAS NOT BEEN ABLE TO VERIFY ADDRESS.

    01/22/2007 -- 10:16 am              1528 E. CYRENE DR.
                                         CARSON, CA 90746
        CANCELLED PER DORIAN

Fee for Service: 60.00
County: Los Angeles
Registration No.: 3368
Janney and Janney Attorney Service
4891 Pacific Hwy., Suite 102
San Diego, CA 92110
(619) 231-9811

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 29, 2007 at Los Angeles, California.

Signature: _____
                Housne Yassine

NON SERVICE REPORT

Order#: SD95850/NonServe