Eric F. Fagan (SBN 87071)
Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLYN ALEXANDER and CATHERINE ALEXANDER<br><br>　　　　Plaintiffs<br>　v.<br><br>CAPITAL ONE, a corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants | Civil Case No.:  C06-04382 MMC<br> ORDER GRANTING<br>**PLAINTIFFS' REQUEST FOR DISMISSAL [RULE 41(a)(1)(ii)]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

　　Plaintiffs Marylyn Alexander and Catherine Alexander hereby request that the Clerk of the above-entitled Court dismiss the action against Defendants Capital One, a corporation; and Does 1 through 10 inclusive pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii).

//

1
PLAINTIFFS' REQUEST FOR DISMISSAL

1 | Dated: May 29, 2007

　　　　　　　　　　　　　　　　/S/   Eric F. Fagan_____
　　　　　　　　　　　　　　Eric F. Fagan
　　　　　　　　　　　　　　Attorney for Plaintiffs

13 | Dated: May 30, 2007



IT IS SO ORDERED
Judge Maxine M. Chesney